# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

DUKE ELLINGTON TILLEY, JR.                         CIVIL ACTION

VERSUS

UBER TECHNOLOGIES, INC.                         NO. 25-01037-BAJ-EWD

### RULING AND ORDER

Before the Court is Defendant Uber Technologies, Inc.'s **Motion to Compel Arbitration and Stay Proceedings (Doc. 8).** The Motion is opposed. (Doc. 9). Defendant filed a Reply Brief. (Doc.14).

The Magistrate Judge issued a **Report and Recommendation (Doc. 15, the "Report"),** recommending that the Court grant Defendant's Motion, compel arbitration, and stay this case pending the final disposition of the arbitration. (Doc. 15 at 14). There are no objections to the Report.[1]

Having carefully considered Plaintiffs' Petition (Doc. 1-4), the Motion at issue (Doc. 8), the related briefing, and the Report (Doc. 15), the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

---

[1] After the issuance of the Report, Plaintiff filed a Motion to Amend Complaint, seeking to add a state law breach of contract claim against Defendant. (Doc. 16). Plaintiff asserts that "this Court has recently granted [D]efendant's motion compelling arbitration and staying the proceedings in this Court." (*Id.* at 1). Accordingly, Plaintiff contends that "[s]ince the arbitration in this matter has not begun, neither party is prejudiced by the amended claim." (*Id.*). Because this matter will proceed to arbitration, Plaintiff's request to amend the Complaint is more properly addressed in the arbitration proceedings.

**IT IS ORDERED** that Defendant Uber Technologies, Inc.'s **Motion to Compel Arbitration and Stay Proceedings (Doc. 8)** is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims shall proceed to arbitration.

**IT IS FURTHER ORDERED** that the above-captioned matter be and is hereby **STAYED** and **ADMINISTRATIVELY CLOSED** pending the final disposition of the arbitration.

**IT IS FURTHER ORDERED** that the Parties shall file either a Motion to reopen the case or a Notice of Settlement within 7 days of the conclusion of the arbitration proceedings.

**IT IS FURTHER ORDERED** that the Parties shall file Joint Status Reports every 90 days apprising the Court of the status of the arbitration proceedings.

Baton Rouge, Louisiana, this 10th day of August, 2026

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

2